01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff, )<br><br>    v. )<br><br>EDWAN PORFIRIO FLETES, )<br><br>    Defendant. )<br>_____ ) | Case No. MJ09-295<br><br>DETENTION ORDER |

Offense charged:

Possession with Intent to Distribute Cocaine and Methamphetamine, in violation
of 21 U.S.C. §§ 841 and 846

Date of Detention Hearing:    June 12, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

is a flight risk and a danger to the community based on the nature of the pending charges.

Application of the presumption is appropriate in this case.

(2)    An immigration detainer has been placed on defendant by the United States

Immigration and Customs Enforcement.

DETENTION ORDER                                                                                                15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

01  (3)  Defendant has stipulated to detention, but reserves the right to contest his

02  continued detention if there is a change in circumstances.

03  (4)  There are no conditions or combination of conditions other than detention that

04  will reasonably assure the appearance of defendant as required or ensure the safety of the

05  community.

06  IT IS THEREFORE ORDERED:

07  (1)  Defendant shall be detained pending trial and committed to the custody of the

08  Attorney General for confinement in a correctional facility separate, to the extent practicable,

09  from persons awaiting or serving sentences or being held in custody pending appeal;

10  (2)  Defendant shall be afforded reasonable opportunity for private consultation with

11  counsel;

12  (3)  On order of a court of the United States or on request of an attorney for the

13  government, the person in charge of the corrections facility in which defendant is confined shall

14  deliver the defendant to a United States Marshal for the purpose of an appearance in connection

15  with a court proceeding; and

16  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

17  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

18  Officer.

19  DATED this 12th day of June, 2009.

20

21  _James P. Donohue_

22  JAMES P. DONOHUE
United States Magistrate Judge

23

24

25

26

DETENTION ORDER                                                                                                15.13
18 U.S.C. § 3142(i)                                                                                          Rev. 1/91
PAGE 2